UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Mar 17 2026

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ARMAN KHACHATRYAN,                                          PETITIONER
A# 241-135-111

v.                                                          CIVIL NO. 5:26-cv-190-DCB-BWR

WARDEN, *Adams County Detention Center*                     RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Arman Khachatryan (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1] Petitioner is an immigration detainee currently housed at the Adams County Detention Center in Natchez, Mississippi. Having reviewed the Petition [1], the Court finds that further development of the record is necessary to consider this habeas petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United

---

[1] Petitioner paid the filing fee.

States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Detention Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this 17th day of March, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE